but the cause will be reversed and remanded with directions.

The cause is reversed and remanded, with directions to the trial court to vacate its order in favor of intervener, Buck Graves, and to enter a judgment of confiscation in accordance with the prayer of the petition in error.

DAVISON, C.J., ARNOLD, V.C.J., and CORN, GIBSON, LUTTRELL, HALLEY, JOHNSON, and O'NEAL, JJ., concur.

STATE ex rel. SPRAGUE, Co. Atty.,
v. ONE PIN BALL MACHINE
STYLED "AMERICA" et al.

No. 34206.   Dec. 12, 1950.

*225 P. 2d 369.*

I. C. Sprague, Co. Atty., McCurtain County, of Idabel, for plaintiff in error.

Ed Shipp, of Idabel, for defendant in error.

PER CURIAM. The issues involved in the case at bar are controlled by State of Oklahoma ex rel. I. C. Sprague, County Attorney, v. One Pin Ball Machine, Styled "Nevada", No. 34205, 203 Okla. 652, 225 P. 2d 369, this day decided and the opinion therein disposes of the issues herein.

The cause is reversed and remanded in accordance with the directions in said cause No. 34205.

DAVISON, C. J., ARNOLD, V. C. J., and CORN, GIBSON, LUTTRELL, HALLEY, JOHNSON, and O'NEAL, JJ., concur.

STATE ex rel. SPRAGUE, Co. Atty.,
v. ONE PIN BALL MACHINE
STYLED "SEA BREEZE" et al.

No. 34207.   Dec. 12, 1950.

*225 P. 2d 370.*

I. C. Sprague, Co. Atty., McCurtain County, of Idabel, for plaintiff in error.

Ed Shipp, of Idabel, for defendant in error.

PER CURIAM. The issues involved in the case at bar are controlled by State of Oklahoma ex rel. I. C. Sprague, County Attorney, v. One Pin Ball Machine, Styled "Nevada", No. 34205, 203 Okla. 652, 225 P. 2d 369, this day decided and the opinion therein disposes of the issues herein.

The cause is reversed and remanded in accordance with the directions in said cause No. 34205.

654

DAVISON, C. J., ARNOLD, V. C. J., and CORN, GIBSON, LUTTRELL, HALLEY, JOHNSON, and O'NEAL, JJ., concur.

STATE ex rel. SPRAGUE, Co. Atty., v. ONE PIN BALL MACHINE STYLED "MIDGET RACER" et al.

No. 34208.   Dec. 12, 1950.

*225 P. 2d 371.*

I. C. Sprague, Co. Atty., McCurtain County, of Idabel, for plaintiff in error.

Ed Shipp, of Idabel, for defendant in error.

PER CURIAM.  The issues involved in the case at bar are controlled by State of Oklahoma ex rel. I. C. Sprague, County Attorney, v. One Pin Ball Machine, Styled "Nevada", No. 34205, 203 Okla. 652, 225 P. 2d 369, this day decided and the opinion therein disposes of the issues herein.

The cause is reversed and remanded in accordance with the directions in said cause No. 34205.

DAVISON, C.J., ARNOLD, V.C.J., and CORN, GIBSON, LUTTRELL, HALLEY, JOHNSON, and O'NEAL, JJ., concur.

STATE ex rel. SPRAGUE, Co. Atty., v. ONE PIN BALL MACHINE STYLED "BALLYHOO" et al.

No. 34209.   Dec. 12, 1950.

*225 P. 2d 371.*

I. C. Sprague, Co. Atty., McCurtain County, of Idabel, for plaintiff in error.

Ed Shipp, of Idabel, for defendant in error.

PER CURIAM.  The issues involved in the case at bar are controlled by State of Oklahoma ex rel. I. C. Sprague, County Attorney, v. One Pin Ball Machine, Styled "Nevada", No. 34205, 203 Okla. 652, 225 P. 2d 369, this day decided, and the opinion therein disposes of the issues herein.

The cause is reversed and remanded in accordance with the directions in said cause No. 34205.